WHEN RECORDED MAIL TO:

D. Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY INC.<br><br>PLAINTIFF(S),<br>v.<br><br>TODD DISNER et al<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 2:20-mc-00289<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on November 06, 2020 in favor of NATIONWIDE JUDGMENT RECOVERY INC.

whose address is 8452 Katella Ave, Stanton CA 90680

and against SARINA MEI SZETO

whose last known address is 7923 WHITMORE ST, ROSEMEAD CA 91770

for $ 37,218.65    Principal, $ 3,063.36    Interest, $ 0    Costs, and $ 0.00    Attorney Fees.

ATTESTED this __1__ day of __February__, 20 __21__

Judgment debtor's driver's license no. and state; _____ (last 4 digits) [X] Unknown.
Judgment debtor's Social Security number; 3920 (last 4 digits) [ ] Unknown.

[X] No stay of enforcement ordered by Court
[ ] Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

SARINA MEI SZETO
7923 WHITMORE ST
ROSEMEAD CA 91770

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

1246

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)                ABSTRACT OF JUDGMENT/ORDER